Respectfully submitted,

THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

By: _____

Laurence H. Brown, Board Member

March 31, 2006

Board Member McLaughlin did not participate in the decision of this matter.

908 A.2d 1291

GENERAL ACCIDENT INSURANCE COMPANY OF AMER-ICA, as Subrogee of Pre–Blend Products, Inc. and Commercial Union Insurance Company as Subrogee of Aquafin Inc., f/k/a Vandex Sales & Services, Inc. and Aquafin, Inc., f/k/a Vandex Sales & Services, Inc. and Pre–Blend Products, Inc.

v.

ADVANCED CHEMICALS, INC. and Eastern Lift Truck Co., Inc.

Appeal of Eastern Lift Truck Co., Inc. (Two Cases).

General Accident Insurance Company of America, as Subrogee of Pre–Blend Products, Inc. and Commercial Union Insurance Company as Subrogee of Aquafin Inc., f/k/a Vandex Sales & Services, Inc. and Aquafin, Inc., f/k/a Vandex Sales & Services, Inc. and Pre–Blend Products, Inc.

v.

Advanced Chemicals, Inc. and Eastern Lift Truck Co., Inc.

Appeal of Advanced Chemicals, Inc. (Two Cases).

Supreme Court of Pennsylvania.

Argued Oct. 17, 2006.

Decided Nov. 3, 2006.

Robert M. Rizzi, Law Offices of J. Mark Pecci II, Philadelphia, for Eastern Lift Truck Co., Inc.

William N. Clark, Cozen O'Connor, Philadelphia, for General Acc. Ins. Co. of America, et al.

Francis T. McDevitt, Naulty, Scaricamazza & McDevitt, L.L.P., Marlton, NJ, for Advanced Chemicals, Inc.

Before: CAPPY, C.J., CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

## *ORDER*

PER CURIAM.

Appeals dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.

909 A.2d 297

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Terrance WILLIAMS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Aug. 2, 2006.

Sept. 27, 2006.